**E-FILED on** 10/28/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLORIA KATHLEEN BETTENCOURT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>Defendants. | No. C-08-4286 RMW<br><br>ORDER GRANTING MOTION TO WITHDRAW AND ORDERING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>**[Re Docket No. 11]** |

On October 2, 2009, the court heard plaintiff's counsel's motion to withdraw as counsel. Plaintiff did not appear, nor did she oppose the motion. Having considered the papers submitted by plaintiff's counsel and the argument and testimony of counsel at the hearing, and for good cause appearing, counsel's motion to withdraw is granted.

Additionally, the docket in this action reveals that no progress has been made on this case since it was filed. This action was filed on September 11, 2008. The United States declined to intervene, and on April 17, 2009, the court ordered Relator Bettencourt to serve the complaint and other documents on the defendants. Despite this order, no proof of service has been filed. Plaintiff appears to have taken no action to prosecute the action, failed to appear at the October 2, 2009 case

1   management conference, and failed to appear or otherwise participate in the hearing on counsel's
2   motion to withdraw.
3       Accordingly, plaintiff is hereby ordered to appear before the court on November 6, 2009 at
4   9:00 a.m. to show cause why this action should not be dismissed for failure to prosecute. If plaintiff
5   fails to show good cause, the court will dismiss the action at that time.

7   DATED:    10/27/09                    *Ronald M Whyte*
8                                          RONALD M. WHYTE
                                           United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AND ORDERING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE—No. C-08-4286 RMW
TER                                          2

**A copy of this document has been mailed to:**

**Plaintiff:**
Gloria Kathleen Bettencourt
97 Dearwell Way
San Jose, Ca 95138

**Counsel for Defendant:**
No appearance

**A copy of this document has been mailed to:**

**Plaintiff:**
Sara Winslow
Assistant United States Attorney
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   10/28/09                                   TER
                                                                                      **Chambers of Judge Whyte**

ORDER GRANTING MOTION TO WITHDRAW AND ORDERING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE—No. C-08-4286 RMW
TER                                                     3

**United States District Court**
For the Northern District of California