**E-FILED on** 11/6/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLORIA KATHLEEN BETTENCOURT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>Defendants. | No. C-08-4286 RMW<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |

On October 27, 2009, the court issued an order to plaintiff to show cause why this action should not be dismissed for failure to prosecute, setting the show cause hearing for November 6, 2009. The order advised plaintiff that if she failed to show good cause at the November 6 hearing, the court would dismiss the action at that time. Plaintiff did not appear at the hearing and did not file any papers in response to the order to show cause. Accordingly, the court hereby dismisses the action for failure to prosecute.

DATED:  11/6/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE—No. C-08-4286 RMW
TER

**A copy of this document has been mailed to:**

**Plaintiff:**
Gloria Kathleen Bettencourt
97 Dearwell Way
San Jose, Ca 95138

**Counsel for Defendant:**
No appearance

**A copy of this document has been mailed to:**

**Plaintiff:**
Sara Winslow
Assistant United States Attorney
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/6/09                                            TER
                                                    **Chambers of Judge Whyte**

ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE—No. C-08-4286 RMW
TER                                              2