**United States District Court**
For the Northern District of California

**E-FILED on** 11/6/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLORIA KATHLEEN BETTENCOURT,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>    Defendants. | No. C-08-4286 RMW<br><br>JUDGMENT |

On November 6, 2009, the court issued an order dismissing this action for failure to prosecute. Accordingly, it is hereby ordered that plaintiff take nothing by way of her complaint and that judgment be entered in favor of defendants.

DATED:    11/6/09

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-4286 RMW
TER

**A copy of this document has been mailed to:**

**Plaintiff:**
Gloria Kathleen Bettencourt
97 Dearwell Way
San Jose, Ca 95138

**Counsel for Defendant:**
No appearance

**A copy of this document has been mailed to:**

**Plaintiff:**
Sara Winslow
Assistant United States Attorney
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/6/09                                              TER
                                                         **Chambers of Judge Whyte**

JUDGMENT—No. C-08-4286 RMW
TER                                             2